UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REPRESENACIONES DISTICUCIONES Y DISTICUIONES EVYA, S.V. DE C.V., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>M/V GLOBAL EXPLORER, ON 556069,<br><br>Defendant. | Case No. C09-0428RSL<br><br>ORDER DENYING MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on plaintiff's motion for summary judgment. That motion (Dkt. #8) is DENIED because there is no evidence that plaintiff ever served the defendant vessel with the summons and complaint. Nor is there any evidence that plaintiff served defendant with a copy of this motion. See Declaration of Dennis Moran, (Dkt. #9) at ¶ 5 (explaining that counsel "will send [defense counsel] a copy of the pleadings today"); see also Local Admiralty Rule 130 (requiring that a party seeking a judgment must give notice as specified in the rule). Plaintiff may refile the motion after service has been effected and proof of

ORDER DENYING MOTION
FOR SUMMARY JUDGMENT - 1

1 the same has been filed.

3     DATED this 12th day of April, 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

28 ORDER DENYING MOTION
FOR SUMMARY JUDGMENT - 2